FILE COPY



SHARON KELLER
PRESIDING JUDGE

MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
MARY LOU KEEL
SCOTT WALKER
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DEANA WILLIAMSON
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

Wednesday, September 12, 2018

District Clerk Anderson County
Janice G. Staples
500 North Church Street Room 18
Palestine, Tx 75801
\* Delivered Via E-Mail \*

Presiding Judge 87th District Court
Anderson County
500 N. Church St.
Palestine, Tx 75801
\* Delivered Via E-Mail \*

FILED
9/12/2018
Twelfth Court of Appeals
Katrina McClenny
Clerk

**Re:** Simpson, Robvia Leneice
**CCA No.** PD-0578-18
**Trial Court Case No.** 87CR-16-32761

The Court has this day issued an order for the above referenced cause.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:   12th Court Of Appeals Clerk (Delivered Via E-Mail)
      Scott Cecil Holden (Delivered Via E-Mail)
      State Prosecuting Attorney (Delivered Via E-Mail)
      Colin Mcfall (Delivered Via E-Mail)
      District Attorney Anderson County (Delivered Via E-Mail)